B5 (Official Form 5) (12/07)

| United States Bankruptcy Court<br>SOUTHERN District of FLORIDA | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor – If Individual: Last, First, Middle)<br>BRANDON OVERSEAS, INC. | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.)<br>BRANDON HOME FURNISHINGS |
|---|---|
| Last four digits of Social-Security or other Individual's Tax-I.D. No./Complete EIN (If more than one, state all.):   522215364 | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>340 Royal Poinciana Way<br>Suite 316<br>Palm Beach, FL  33480 | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>Broward                                ZIP CODE 33311 | ZIP CODE |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

☒ Chapter 7     ☐ Chapter 11

### INFORMATION REGARDING DEBTOR (Check applicable boxes)

| Nature of Debts<br>(Check one box.)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>☒ Debts are primarily business debts | Type of Debtor<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>☒ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | Nature of Business<br>(Check one box.)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other |
|---|---|---|

| VENUE | FILING FEE (Check one box) |
|---|---|
| ☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☒ Full Filing Fee attached<br><br>☐ Petitioner is a child support creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

### PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

### ALLEGATIONS
(Check applicable boxes)

1. ☒ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303 (b).
2. ☒ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. a. ☒ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
   b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

COURT USE ONLY

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __Brandon Overseas, Inc.__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X _Philip D. Miller_
Signature of Petitioner or Representative (State title)
PHILIP D. MILLER
**Name of Petitioner:** Hekman Furniture Company
**Date Signed:** January 25, 2008
**Name & Mailing Address of Individual Signing in Representative Capacity:** 1400 Buchanan, S.W., Grand Rapids, MI 49507
By Its Authorized Representative

X _[signature]_    January 25, 2008
Signature of Attorney                       Date
Robert Charbonneau
**Name of Attorney Firm (If any):** EHRENSTEIN CHARBONNEAU CALDERIN
**Address:** 1111 Brickell Ave., Suite #2915, Miami, FL 33131
**Telephone No.** 305.722.2002

X _Philip D. Miller_
Signature of Petitioner or Representative (State title)
PHILIP D. MILLER
**Name of Petitioner:** Woodmark Originals, Inc.
**Date Signed:** January 25, 2008
**Name & Mailing Address of Individual Signing in Representative Capacity:** 1400 Buchanan, S.W., Grand Rapids, MI 49507
By Its Authorized Representative

X _[signature]_    January 25, 2008
Signature of Attorney                       Date
Robert Charbonneau
**Name of Attorney Firm (If any):** EHRENSTEIN CHARBONNEAU CALDERIN
**Address:** 1111 Brickell Ave., #2915, Mia., FL 33131
**Telephone No.** 305.722.2002

X _Dave Sypolt_
Signature of Petitioner or Representative (State title)
DAVE SYPOLT
**Name of Petitioner:** URBAN HOME FURNITURE & ACCESSORIES, INC.
**Date Signed:** January 28, 2008
**Name & Mailing Address of Individual Signing in Representative Capacity:** 1051 Douglas Road, Batavia, IL 60510
By Its Authorized Representative

X _[signature]_    1/29/08
Signature of Attorney                       Date
Robert Charbonneau
**Name of Attorney Firm (If any):** EHRENSTEIN CHARBONNEAU CALDERIN
**Address:** 1111 Brickell Ave., #2915, Mia., FL 33131
**Telephone No.** 305.722.2002

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hekman Furniture Company c/o Ehrenstein Charbonneau Calderin 1111 Brickell Ave, Ste 2915 Miami, FL 33131 | Monies owed for goods sold | 799,392.18 |
| Woodmark Originals, Inc. c/o Ehrenstein Charbonneau Calderin 1111 Brickell Ave, Suite 2915 Miami, FL 33131 | Monies owed for goods sold | 358,665.68 |
| URBAN Home Furniture Accessories Inc 1051 Douglas Road, Batavia IL 60510 | Monies owed for goods sold | 60,771.13 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

**Total Amount of Petitioners' Claims** 1218828.90

___0___ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor __Brandon Overseas, Inc.__
Case No. _____

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _/s/ Philip D. Miller_
Signature of Petitioner or Representative (State title)
PHILIP D. MILLER
Name of Petitioner: **Hekman Furniture Company**   Date Signed: January 25, 2008
Name & Mailing Address of Individual Signing in Representative Capacity: 1400 Buchanan, S.W., Grand Rapids, MI 49507
By Its Authorized Representative

x _____ Signature of Attorney    January 25, 2008  Date
Name of Attorney Firm (If any): EHRENSTEIN CHARBONNEAU CALDERIN
1111 Brickell Ave., Suite #2915
Address: Miami, FL 33131
Telephone No.: 305.722.2002

x _/s/ Philip D. Miller_
Signature of Petitioner or Representative (State title)
PHILIP D. MILLER
Name of Petitioner: **Woodmark Originals, Inc.**   Date Signed: January 25, 2008
Name & Mailing Address of Individual Signing in Representative Capacity: 1400 Buchanan, S.W., Grand Rapids, MI 49507
By Its Authorized Representative

x _____ Signature of Attorney    January 25, 2008  Date
Name of Attorney Firm (If any): EHRENSTEIN CHARBONNEAU CALDERIN
1111 Brickell Ave., #2915, Mia, FL 33131
Address
Telephone No.: 305.722.2002

x _/s/ Dave Sypolt_
Signature of Petitioner or Representative (State title)
DAVE SYPOLT
Name of Petitioner: URBAN HOME FURNITURE & ACCESSORIES, INC   Date Signed: January 28, 2008
Name & Mailing Address of Individual Signing in Representative Capacity: 1051 Douglas Road, Batavia, IL 60510
By Its Authorized Representative

x _____ Signature of Attorney    Date
Name of Attorney Firm (If any): EHRENSTEIN CHARBONNEAU CALDERIN
1111 Brickell Ave., #2915, Mia, FL 33131
Address
Telephone No.: 305.722.2002

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hekman Furniture Company c/o Ehrenstein Charbonneau Calderin 1111 Brickell Ave, Ste 2915 Miami, FL 33131 | Monies owed for goods sold | 799,392.18 |
| Woodmark Originals, Inc. c/o Ehrenstein Charbonneau Calderin 1111 Brickell Ave, Suite 2915 Miami, FL 33131 | Monies owed for goods sold | 358,665.68 |
| URBON HOME FURNITURE, INC. 1051 DOUGLAS RD BATAVIA, IL 60510 | MONIES OWED FOR GOODS SOLD | 60771.13 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: 1,218,828.90

__0__ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

OFFICIAL FORM 5 - Involuntary Petition - Page 2

Name of Debtor **Brandon Overseas, Inc.**

Case No.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X *Philip D. Miller*
Signature of Petitioner or Representative (State title)

**Hekman Furniture Company**      January 25, 2008
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ January 25, 2008
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address
Telephone No.

X *Philip D. Miller*
Signature of Petitioner or Representative (State title)

**Woodmark Originals, Inc.**      January 25, 2008
Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____ January 25, 2008
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address
Telephone No.

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner                 Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

X _____
Signature of Attorney           Date

Name of Attorney Firm (If any)

Address
Telephone No.

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Hekman Furniture Company<br>c/o Ehrenstein Charbonneau Calderin<br>1111 Brickell Ave, Ste 2915<br>Miami, FL 33131 | Monies owed for goods sold | 799,392.18 |
| Woodmark Originals, Inc.<br>c/o Ehrenstein Charbonneau Calderin<br>1111 Brickell Ave, Suite 2915<br>Miami, FL 33131 | Monies owed for goods sold | 358,865.68 |
| URBAN HOME FURNITURE, INC<br>1051 DOUGLAS RD<br>BATAVIA IL 60510 | monies owed for goods sold | 60,771.13 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
~~1,158,257.86~~
1,218,828.90

_0_ continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy