UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

                                                      Involuntary Chapter 7 proceeding

BRANDON OVERSEAS, INC.,          CASE NO: 08-11035-RBR

    Debtor.

_____/

## NOTICE OF APPEARANCE

JAMES J. WEBB, ESQUIRE enters his appearance as counsel for GMAC COMMERCIAL FINANCE, LLC, creditors in the above-styled cause, and pursuant to Section 1109 (b) of the united States Bankruptcy Code and Bankruptcy Rules 2002 and 9007, demands that all notices given or required to be given in this case, and all papers, pleadings, motions and applications served or required to be served, be given to and served upon the undersigned at the address and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that, pursuant to the United States Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise, which would affect or seem to affect in any way interests of the Creditor with respect to the Debtor or any related entity, the property of the Debtor, or any of the Creditor's collateral or interest with respect to the Debtor or its property or proceeds thereof or property in which the Debtor may claim an interest.

This appearance and request for notice is without prejudice to the Creditor's rights,

remedies and claims against other entities or any objection that may be made to the subject matter jurisdiction of the Court and shall not be deemed or construed to submit the Creditor to the jurisdiction of the court. All rights, remedies and claims are hereby expressly reserved.

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and that I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A), and that a true and correct copy of the foregoing has been served on all parties listed on the attached Service List, either by Notice of Electronic Filing, or by U.S. Mail, this 20th day of February, 2008.

    HALEY, SINAGRA, PAUL & TOLAND, P.A.
One Financial Plaza, Ste. 1900
Ft. Lauderdale, FL  33394
Tel.: (954) 467-1300 / Fax: (954) 467-1372
jwebb@hsptlaw.com


By:__s/ James J. Webb, Esq._____
    James J. Webb, Esquire
    Fla. Bar No.: 0080993

## SERVICE LIST

### Electronic Mail Notice List

- Robert P. Charbonneau rpc@ECCcounsel.com, scunningham@ECCcounsel.com;phornia@ecccounsel.com

- Jon E Kane jkane@mateerharbert.com, ccrumrine@mateerharbert.com

- Office of the US Trustee USTPRegion21.MM.ECF@usdoj.gov

- Marika Tolz TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com;Marikaecf@gmail.com

### Manual Notice List

Brandon Overseas, Inc.
340 Royal Poinciana Way
Suite 316
Palm Beach, FL 33480