**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FT. LAUDERDALE DIVISION**
www.flsb.uscourts.gov

In Re:                                                              Chapter 7 Proceeding

**BRANDON OVERSEAS, INC.**                  Case No. 08-11035-RBR

      **Debtor.**
_____/

**TRUSTEE'S EMERGENCY MOTION PURSUANT TO 11 U.S.C. § 365(d)(1) TO EXTEND DEADLINE TO ASSUME OR REJECT EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

**EXPEDITED HEARING REQUESTED**

The Trustee, **MARIKA TOLZ**, by and through undersigned counsel, hereby files this Emergency Motion to Pursuant to 11 U.S.C. § 365(d)(1) to Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases, and for other relief, and states:

**REASON FOR THE EXIGENCY**

This motion is being filed as an emergency motion because the sixty (60) day period by which the Trustee must assume or reject executory contracts and unexpired leases is due to expire on Sunday, April 6, 2008. If the sixty day period expires without the Trustee either assuming or rejecting executory contracts or unexpired leases, then all such contracts and leases will be deemed rejected. 11 U.S.C. § 365(d)(1). The Trustee, however, requires an extension of time to evaluate whether to assume or reject such contracts and leases for the benefit of the estate and its creditors. Accordingly, the Trustee requests that a hearing be set on this matter as soon as possible.

**REQUESTED RELIEF**

1.      This matter was filed as an involuntary bankruptcy proceeding on January 30, 2008 (D.E. #1). The Order for Relief was entered on February 6, 2008 (D.E. #11). Marika Tolz has been appointed as the Chapter 7 Trustee (D.E. #12). The Trustee filed the Debtor's

Schedules and Statement of Financial Affairs on February 27, 2008 (D.E. #18). The 341 First Meeting of Creditors took place on March 26, 2008 at 11:30 a.m. (D.E. #20).

2. The current deadline by which the Trustee must assume or reject executory contracts and unexpired leases is April 6, 2008. Pursuant to 11 U.S.C. § 365(d)(1), the Court may extend the deadline to assume or reject executory contracts and unexpired leases "for cause." In this case, cause exists to extend the deadline to assume or reject executory contracts and unexpired leases because the Trustee has not had a chance to evaluate whether assumption or rejection is in the best interests of the estate and its creditors. Accordingly, the Trustee seeks to extend the deadline an additional sixty (60) days.

WHEREFORE, the Trustee, Marika Tolz, by and through undersigned counsel, respectfully requests that the Court enter an order (1) extending the deadline to assume or reject executory contracts and unexpired leases for an additional sixty (60) days to July 6, 2008, and (2) granting such other and further relief as the Court may deem just and proper.

Filed on the 3rd day of April, 2008.

*I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 1-2090(A).*

**EHRENSTEIN CHARBONNEAU CALDERIN**
Attorneys for **Marika Tolz, Trustee**
800 Brickell Avenue
Suite 902
Miami, Florida 33131
Telephone: (305) 722-2002
Facsimile: (305) 722-2001

By: _____/s/_____
Robert P. Charbonneau, Esquire
Florida Bar No.: 968234
Daniel L. Gold, Esquire
Florida Bar No.: 0761281
RCharbonneau@ECCcounsel.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of Trustee's Emergency Motion Pursuant to 11 U.S.C. §365(d)(1) To Extend Deadline to Assume or Reject Executory Contracts and Unexpired Leases was served electronically and/or by mail as indicated on the attached Service List on this 3rd day of April, 2008.

> *I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).*

EHRENSTEIN CHARBONNEAU CALDERIN
800 Brickell Avenue
Suite 902
Miami, FL  33131
T. 305.722.2002
F. 305.722.2001

By:   */s/   Robert P. Charbonneau*
ROBERT P. CHARBONNEAU
Florida Bar No.: 968234

# Mailing Information for Case 08-11035-RBR

## Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- **Robert P. Charbonneau**  rpc@ECCcounsel.com, scunningham@ECCcounsel.com;phornia@ecccounsel.com
- **James H. Fierberg**  jfierberg@bergersingerman.com, efile@bergersingerman.com;mmarriott@bergersingerman.com
- **Donald N Jacobson**  donaldnjacobson@bellsouth.net
- **Jon E Kane**  jkane@mateerharbert.com, ccrumrine@mateerharbert.com
- **Office of the US Trustee**  USTPRegion21.MM.ECF@usdoj.gov
- **Marika Tolz**  TolzECFmail@aol.com, mtolz@ecf.epiqsystems.com;Marikaecf@gmail.com
- **James J Webb**  jwebb@hsptlaw.com

## Manual Notice List

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case (who therefore require manual noticing/service).

**Brandon Overseas, Inc.**
340 Royal Poinciana Way
Suite 316
Palm Beach, FL 33480

**B Webb King**
Woods Rogers PLC
10 S Jefferson ST #1400
POB 14125
Roanoke, VA 24038

**Kristen N Pate**
110 N Wacker
Chicago, IL 60606

Marika Tolz, Trustee
1804 Sherman Street
Hollywood, FL  33020