FORM 1 - EXHIBIT A - schedules
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-11035  RBR  Judge: RAYMOND B. RAY | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Date Filed (f) or Converted (c): | 01/30/08 (f) |
| | | 341(a) Meeting Date: | 03/26/08 |
| For Period Ending: | 06/30/14 | Claims Bar Date: | 06/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Financial Accounts - All Closed | 0.00 | 50.00 | | 50.00 | FA |
| 2. Accounts Receivable<br>CP # 439 - Order Granting Trustee's Motion to Abandon Accounts Receivable | 2,240,279.83 | 0.00 | OA | 0.00 | FA |
| 3. Other Contingent Claims<br>Forbidden City - $5,000,000 to $10,000,000<br>Hooker - $200,000<br>Basset Furniture - $100,000<br>Woormark/Heckman - $2,500,000<br>ACI - $5,000,000<br>Princeton Store - $2,000,000 | 19,800,000.00 | 0.00 | | 0.00 | FA |
| 4. Trademark | 0.00 | 0.00 | | 0.00 | FA |
| 5. Miscellaneous Office Furniture | 50.00 | 0.00 | | 0.00 | FA |
| 6. Computer Server | 100.00 | 0.00 | | 0.00 | FA |
| 7. Post-Petition Interest Deposits (u) | Unknown | N/A | | 260.89 | Unknown |
| 8. Refund - City of Tupelo, MS (u)<br>Water & Light Refund | Unknown | 10,041.79 | | 10,041.79 | FA |
| 9. Waste Recycling (u) | Unknown | 357.75 | | 357.75 | FA |

LFORM1  Ver: 18.00a

**FORM 1 - EXHIBIT A - schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2

| Case No: | 08-11035  RBR   Judge: RAYMOND B. RAY | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Date Filed (f) or Converted (c): | 01/30/08 (f) |
| | | 341(a) Meeting Date: | 03/26/08 |
| | | Claims Bar Date: | 06/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 10. Wachovia Bank - Account No., 2039680046880 (u) | Unknown | 572.86 | | 572.86 | FA |
| 11. ADV. NO., 08-01285-RBR (u) Marika Tolz, Trustee v. Jake Interiors, LLC | Unknown | 20,000.00 | | 20,000.00 | FA |
| 12. ADV. NO., 08-01818-RBR (u) Marika Tolz, Trustee v. RBC Centura Bank | Unknown | 6,138.25 | | 6,138.25 | FA |
| 13. ADV. NO., 08-01811-RBR (u) Marika Tolz v. Executive Airlink, Inc. | Unknown | 3,000.00 | | 3,000.00 | FA |
| 14. ADV. NO., 08-01700-RBR (u) Marika Tolz v. American Express Company | Unknown | 580,000.00 | | 580,000.00 | FA |
| 15. ADV. NO., 08-01402-RBR (u) Marika Tolz v. Nicole Brandon and Ronald S. Kochman, Trustee | Unknown | 57,023.28 | | 59,023.28 | FA |
| 16. ADV. NO., 08-01816-RBR (u) Marika Tolz, Trustee v. Randell Price | Unknown | 4,000.00 | | 4,000.00 | FA |
| 17. ADV. NO., 09-01124-RBR (u) Marika Tolz, Trustee v. Discover Financial Services, Inc. | Unknown | 17,000.00 | | 17,000.00 | FA |
| 18. 2005 Isuzu Truck (u) VIN # JALC4B16357013838 | 11,000.00 | 0.00 | OA | 0.00 | FA |

LFORM1  Ver: 18.00a

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A schedules

Page: 3

| Case No: | 08-11035 RBR Judge: RAYMOND B. RAY | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Date Filed (f) or Converted (c): | 01/30/08 (f) |
| | | 341(a) Meeting Date: | 03/26/08 |
| | | Claims Bar Date: | 06/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| CP # 369 - Trustee's Notice of Intent to Abandon 2005 Isuzu Truck, VIN # JALC4B16357013838 | | | | | |
| 19. ADV. NO., 08-01819-RBR (u)<br>Marika Tolz, Trustee v. The Mar-A-Lago Club, LLC | Unknown | 35,000.00 | | 35,000.00 | FA |
| 20. ADV. NO., 08-01735-RBR (u)<br>Marika Tolz, Trustee v. Palm Beach Day School | Unknown | 22,000.00 | | 22,000.00 | FA |
| 21. 2000 Isuzu Boxtruck (u)<br>VIN # JALC4B146Y7006952 | Unknown | 1,000.00 | | 1,000.00 | FA |
| 22. Settlement - Consolidated Adversary Cases (u)<br>ADV. NO., # 08-01808-RBR<br>Marika Tolz, Trustee v. Bank of America, N.A.<br><br>ADV. NO., # 09-01122-RBR<br>Marika Tolz, Trustee v. Bank of America, N.A.<br>f/k/a MBNA America | Unknown | 75,000.00 | | 75,000.00 | FA |
| 23. ADV. NO., 09-01941-RBR (u)<br>Marika Tolz, Trustee v Off the Wall Sound and Lighting, Inc. | Unknown | 22,000.00 | | 22,000.00 | FA |
| 24. Regent Bank - Priority Loan (u) | Unknown | 30,000.00 | | 30,000.00 | FA |
| 25. ADV. NO., 08-01854-RBR (u) | Unknown | 107,500.00 | | 107,500.00 | FA |

LFORM1 Ver: 18.00a

**FORM 1 - EXHIBIT A - schedules**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

| Case No: | 08-11035 | RBR | Judge: RAYMOND B. RAY | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | | | Date Filed (f) or Converted (c): | 01/30/08 (f) |
| | | | | 341(a) Meeting Date: | 03/26/08 |
| | | | | Claims Bar Date: | 06/24/08 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Marika Tolz, Trustee v. World of Decor Blue Heron, LLC ($60,000) Marika Tolz, Trustee v. Brandon's of Ft. Lauderdale, LLC, Carin Furer ($47,500) | | | | | |
| 26. Settlement with IRS Adv #09-01971-RBR (u) Adv #09-01971-RBR | Unknown | 250,000.00 | | 250,000.00 | FA |
| 27. Unclaimed funds from State of FL (u) | Unknown | 721.28 | | 721.28 | FA |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $22,051,429.83 | $1,241,405.21 | | $1,243,666.10 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee has retained Robert Charbonneau as counsel

Trustee has retained Morris Berger as CPA

Claim bar date 6/24/2008 - Claims administration predicated upon completion of Adversary Proceedings

6/1/13 - Trustee wrapping up final adversary before closing case;

Initial Projected Date of Final Report (TFR): 12/31/10      Current Projected Date of Final Report (TFR): 08/01/14

_____  Date: _____
DREW M. DILLWORTH

LFORM1                                                                                                                       Ver: 18.00a

FORM 2 "EXHIBIT B"

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0102  Checking Account |
| Taxpayer ID No: | *******5364 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 365,455.46 |
| 07/12/13 | 003016 | The Document Bank<br>7801 Riviera Blvd.<br>Miramar, FL 33023 | Per Court Order Dated 04/04/08<br>Invoice #00011972<br>Customer #2740 | 2990-000 | | 139.06 | 365,316.40 |
| 07/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 543.11 | 364,773.29 |
| 08/09/13 | 003017 | The Document Bank<br>7801 Riviera Blvd.<br>Miramar, FL 33023 | Per Court Order Dated 04/04/08<br>Invoice #00012377<br>Customer #2740 | 2990-000 | | 139.06 | 364,634.23 |
| 08/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 542.12 | 364,092.11 |
| 09/10/13 | 003018 | The Document Bank<br>7801 Riviera Blvd.<br>Miramar, FL 33023 | Per Court Order Dated 04/04/08<br>Invoice #00012776<br>Customer #2740 | 2990-000 | | 134.56 | 363,957.55 |
| 09/30/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 523.62 | 363,433.93 |
| 10/16/13 | 003019 | The Document Bank<br>7801 Riviera Blvd.<br>Miramar, FL 33023 | Per Court Order Dated 04/04/08<br>Invoice #00013220<br>Customer #2740 | 2990-000 | | 139.05 | 363,294.88 |
| 10/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 540.17 | 362,754.71 |
| 11/29/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 521.77 | 362,232.94 |
| 12/31/13 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 538.38 | 361,694.56 |

Page Subtotals         0.00         3,760.90

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF KANSAS CITY |
| | | Account Number / CD #: | *******0102  Checking Account |
| Taxpayer ID No: | *******5364 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | 5<br>Uniform<br>Tran. Code | 6<br>Deposits ($) | 7<br>Disbursements ($) | 8<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 01/17/14 | 003020 | Iron Mountain<br>P.O. Box 27128<br>New York, NY 10087-7128 | Order dated 11/13/13 ECF 517 | 2410-000 | | 2,902.59 | 358,791.97 |
| 01/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 536.19 | 358,255.78 |
| 02/21/14 | 15 | Oak Point Partners, Inc.<br>1540 E. Dundee Rd.<br>Ste 240<br>Palatine, IL 60074 | Sale of remnant asset ECF 526 | 1249-000 | 2,000.00 | | 360,255.78 |
| 02/28/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 481.02 | 359,774.76 |
| 03/31/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 534.70 | 359,240.06 |
| 04/30/14 | | BANK OF KANSAS CITY | BANK SERVICE FEE | 2600-000 | | 516.71 | 358,723.35 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 2,000.00 | 8,732.11 |   358,723.35 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 |
| Subtotal | 2,000.00 | 8,732.11 |
| Less:  Payments to Debtors |  | 0.00 |
| Net | 2,000.00 | 8,732.11 |

Page Subtotals       2,000.00       4,971.21

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5921  TIP Account |
| Taxpayer ID No: | *******5364 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

**FORM 2 "EXHIBIT B"**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 4

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
|  |  | Account Number / CD #: | *******5992 CHECKING |
| Taxpayer ID No: | *******5364 |  |  |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction |  | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 |  |
| Subtotal | 0.00 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| Net | 0.00 | 0.00 |  |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6001 MONEY MARKET - Escrow |
| Taxpayer ID No: | *******5364 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

| Case No: | 08-11035 -RBR | | Trustee Name: | DREW M. DILLWORTH |
| --- | --- | --- | --- | --- |
| Case Name: | BRANDON OVERSEAS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6250 MM - Regent Bank |
| Taxpayer ID No: | *******5364 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

Page: 7

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******6263  CHECKING - Regent Bank |
| Taxpayer ID No: | *******5364 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

**FORM 2 "EXHIBIT B"**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 8

| Case No: | 08-11035 -RBR | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9619  MM-Special Trust Account |
| Taxpayer ID No: | *******5364 | | |
| For Period Ending: | 06/30/14 | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  | Subtotal | 0.00 | 0.00 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

**FORM 2 "EXHIBIT B"**

Page: 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-11035 -RBR |
| Case Name: | BRANDON OVERSEAS, INC. |
| Taxpayer ID No: | *******5364 |
| For Period Ending: | 06/30/14 |

| | |
|---|---|
| Trustee Name: | DREW M. DILLWORTH |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******9813  TIP -Adv. 08-01402  Nicole Brandon |
| Blanket Bond (per case limit): | $ 1,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"

Page: 10

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******6022  BofA - Money Market Account |
| Taxpayer ID No: | *******5364 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals    0.00    0.00

Ver: 18.00a

LFORM24

FORM 2 "EXHIBIT B"  Page: 11
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-11035 -RBR | | Trustee Name: | DREW M. DILLWORTH |
|---|---|---|---|---|
| Case Name: | BRANDON OVERSEAS, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******9194 BofA - Checking Account |
| Taxpayer ID No: | *******5364 | | | |
| For Period Ending: | 06/30/14 | | Blanket Bond (per case limit): | $ 1,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  | |  |  |
|---|---|---|---|---|
| | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | Subtotal | | 0.00 | 0.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********0102 | 2,000.00 | 8,732.11 | 358,723.35 |
| TIP Account - ********5921 | 0.00 | 0.00 | 0.00 |
| CHECKING - ********5992 | 0.00 | 0.00 | 0.00 |
| MONEY MARKET - Escrow - ********6001 | 0.00 | 0.00 | 0.00 |
| MM - Regent Bank - ********6250 | 0.00 | 0.00 | 0.00 |
| CHECKING - Regent Bank - ********6263 | 0.00 | 0.00 | 0.00 |
| MM-Special Trust Account - ********9619 | 0.00 | 0.00 | 0.00 |
| TIP -Adv. 08-01402 Nicole Brandon - ********9813 | 0.00 | 0.00 | 0.00 |
| BofA - Money Market Account - ********6022 | 0.00 | 0.00 | 0.00 |
| BofA - Checking Account - ********9194 | 0.00 | 0.00 | 0.00 |
| | 2,000.00 | 8,732.11 | 358,723.35 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals        0.00        0.00

Ver: 18.00a

LFORM24